**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | CR 09-8022-PCT-JAT |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Michael Tsosie, ) | |
| Defendant. ) | |

On July 17, 2009, Defendant filed a request for a voluntariness hearing, "to determine the voluntariness of any statements the government intends to introduce at trial." Doc. #47.

"A hearing is not required on a motion to suppress if the grounds for suppression consist solely of conclusory allegations of illegality." *United States v. Ramirez-Garcia*, 269 F.3d 945, 947 (9th Cir. 2001) (citing *United States v. Wilson*, 7 F.3d 828, 834 (9th Cir. 1993)). "An evidentiary hearing on a motion to suppress [a confession] need be held only when the moving papers allege facts with sufficient definiteness, clarity, and specificity to enable the trial court to conclude that contested issues of fact exist." *United States v. Howell*, 231 F.3d 615, 620 (9th Cir. 2001) (citing *United States v. Harris*, 914 F.2d 927, 933 (7th Cir. 1990); *United States v. Irwin*, 612 F.2d 1182, 1187 n.14 (9th Cir. 1980); and *United States v. Carrion*, 463 F.2d 704, 706 (9th Cir. 1972)). Defendant cannot simply rely on the fact that the Government has the burden of proof to establish voluntariness. *See Howell*, 231 F.3d at 621 (affirming denial of evidentiary hearing where defendant "submitted a boilerplate motion

| | |
|---|---|
| 1 | that relied wholly on the fact that the government has the burden of proof to establish |
| 2 | adequate Miranda warnings"); *see also* L.R.Crim. 16.1(b). |
| 3 | In his Request for Voluntariness Hearing, Defendant did not allege any facts, much |
| 4 | less facts "which, if proved, would allow the court to suppress the confession." *Id.* Thus, |
| 5 | the Court will proceed with the hearing on August 4, 2009 on Defendant's motion to |
| 6 | suppress statements (Doc. #26), but |
| 7 | IT IS ORDERED that Defendant's boilerplate request for a voluntariness hearing |
| 8 | (Doc. #47) is denied. |
| 9 | DATED this 17th day of July, 2009. |

_____
James A. Teilborg
United States District Judge